[No. 16154–7–I.   Division One.   June 22, 1987.]

PHILLIP DROKE, ET AL, *Appellants*, v. RICHARD H. PEHNERT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 84–2–01486–5, Lloyd W. Bever, J., entered February 8, 1985. *Affirmed* by unpublished opinion per Ennis, J. Pro Tem., concurred in by Andersen and Armstrong, JJ. Pro Tem.

[No. 10106–8–II.   Division Two.   June 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL K. WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 86–1–00048–3, William E. Howard, J., entered July 17, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 9090–2–II.   Division Two.   June 22, 1987.]

ROBERT LIMBOCKER, *Appellant,* v. THE STATE OF WASHINGTON, *on the Relation of Joyce L. Mattson, Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 80–5–00138–2, Thomas L. Lodge, J., entered August 13, 1985. *Affirmed* by unpublished opinion per Yencopal, J. Pro Tem., concurred in by Utter and Verharen, JJ. Pro Tem.